FILED
CHARLOTTE, NC
DEC 16 2013
US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. 3:13 MC 197

| | |
|---|---|
| IN THE MATTER OF | : |
| REQUIRING DISCLOSURE OF ALL | : ORDER |
| JUVENILE RECORDS FOR THE | : |
| PURPOSE OF PREPARING | : |
| THE PRESENTENCE REPORT | : |

THIS MATTER is before the Court for entry of a Standing Order relating to all criminal cases filed and pending in the United States District Court for the Western District of North Carolina.

Federal Rule of Criminal Procedure Rule 32 directs in section (d)(1) that to apply the Advisory Sentencing Guidelines, the presentence report must:

(1) Identify all applicable guidelines and policy statement of the Sentencing Commission.

(2) Calculate the defendant's offense level and criminal history category.

(3) State the resulting sentencing range and kinds of sentences available.

(4) Identify any factor relevant to the appropriate kind of sentence or the appropriate sentence with in the applicable sentencing range. And,

(5) Identify any basis for departing from the applicable sentencing range.

1

Pursuant to F. R. Crim.P. 32 § (d)(2)(A)(i), the defendant's presentence report is required to contain any prior criminal record. In order to complete the requirements of Rule 32, the U.S. Probation Office shall obtain all juvenile court records in order to fulfill the statutory obligation above and to determine if any juvenile court adjudications would be subject to the assessment of criminal history points in USSG §4A1.2(d), Offenses Committed Prior to Age Eighteen.

IT IS THEREFORE ORDERED that all North Carolina Department of Public Safety Juvenile Justice files be provided to the U.S. Probation Office for the Western District of North Carolina, and further that any and all juvenile records be divulged for the purpose of completion of the presentence report. The requested authority would terminate upon completion of a presentence report specific to the defendant for whom the records were provided.

SO ORDERED This 16th of December, 2013.

Robert J. Conrad, Jr.,
United States District Court Judge

Martin Reidinger
United States District Judge

Max O Cogburn, Jr.
United States District Judge

Richard L. Voorhees
United States District Judge

Frank D. Whitney, Chief
United States District Judge

Graham C. Mullen, Senior
United States District Judge

2